IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02279-RPM-CBS

DAVID M. SHIRE,

    Plaintiff,

v.

CSK AUTO, INC., d/b/a Checker Auto Parts, Inc.,
an Arizona corporation; and
ALLTRADE TOOLS, LLC,
a California limited liability company,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant CSK Auto, Inc.'s Unopposed Motion for Leave to Amend Answer (*doc. no. 27)* is **GRANTED**. As of the date of this order, the Clerk of Court is instructed to accept for filing, the First Amended Answer and Jury Demand of CSK Auto, Inc. (*doc no. 27-2*) tendered to the court on February 13, 2008.

**DATED:**    February 14, 2008