IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02279-RPM-CBS

DAVID M. SHIRE,

    Plaintiff,

v.

CSK AUTO, INC., d/b/a Checker Auto Parts, Inc.,
an Arizona corporation; and
ALLTRADE TOOLS, LLC,
a California limited liability company,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's CSK Auto, Inc.'s Unopposed Motion to Vacate Settlement Conference (*doc. no. 39*) is **GRANTED**. The settlement conference set for April 28, 2008 is **VACATED**.

    IT IS FURTHER ORDERED that parties shall submit a status report regarding the status of private mediation on or before **June 27, 2008**.

**DATED:**    April 14, 2008