IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02279-RPM-CBS

DAVID M. SHIRE,

    Plaintiff,

vs.

CSK AUTO, INC., d/b/a Checker Auto Parts, Inc., an Arizona corporation; and
ALLTRADE TOOLS, LLC, a California limited liability company,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** comes before the Court on the parties' Stipulated Motion to Dismiss with Prejudice. The Court having fully considered the Motion, finds good cause for granting dismissal of this case with prejudice.

It is so **ORDERED** that Plaintiff will dismiss all claims against Defendants CSK Auto and Alltrade Tools relating to this action with prejudice and that each party will pay their own attorney's fees, court costs, and other costs associated with the above-captioned action.

DATED this 3rd day of September, 2008.

                              **BY THE COURT:**

                              s/ Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge